UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBRA WEBB,<br><br>        Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>        Defendant. | 2:10-CV-00080-PMP-LRL<br><br>ORDER |

The Court having read and considered the fully briefed Cross Motions for Summary Judgment (Doc. #30 & #31) filed by the Parties to this action, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion for Summary Judgment (Doc. #30) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Summary Judgment (Doc. #31) is **DENIED**.

**IT IS FURTHER ORDERED that** the Parties shall file a joint pre-trial order on or before **Wednesday, May 4, 2011**.

DATED: April 4, 2011.

_____
PHILIP M. PRO
United States District Judge