# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| DEBRA WEBB, an individual, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:10-CV-80-PMP-LRL |
| ) | |
| LAS VEGAS METROPOLITAN ) | |
| POLICE DEPARTMENT, ) | |
| ) | ORDER REFERRING CASE FOR |
| Defendant(s). ) | SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, October 18, 2011,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Lawrence R. Leavitt** for a settlement conference.

DATED this 7th day of July, 2011.

*/s/ Philip M. Pro*
PHILIP M. PRO, U.S. DISTRICT JUDGE